IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREGORY G. JONES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **THE BANK OF NEW YORK,** | § | |
| **MELLON FKA THE BANK OF NEW** | § | |
| **YORK, AS TRUSTEE FOR THE** | § | Civil Action No. 4:15-cv-00756 |
| **CERTIFICATE HOLDERS CWALT,** | § | |
| **INC. ALTERNATIVE LOAN TRUST** | § | |
| **2007-MORTGAGE PASS-THROUGH** | § | |
| **CERTIFICATES, SERIES 2007-24,** | § | |
| **DEARING MORTGAGE SERVICES,** | § | |
| **INC., RECONTRUST COMPANY,** | § | |
| **N.A.,** | § | |
| | § | |
| **Defendants** | § | |

## THE BANK OF NEW YORK MELLON'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2007-Mortgage Pass-Through Certificates, Series 2007-24 provides the following certificate of interested persons:

| PARTIES TO SUIT | AFFILIATION OF PARTY TO SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|
| Gregory G. Jones | Plaintiff | None known. |
| The Bank of New York Mellon | Defendant | The Bank of New York Mellon is a wholly owned subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is publicly held, does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. |
| ReconTrust Company, N.A. | Defendant | ReconTrust Company, N.A. is a wholly owned subsidiary of Bank of America Corporation. |

| Dearing Mortgage Services, Inc. | Defendant. | None known. |

Date: October 8, 2015

Respectfully submitted,

    */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr., SBN: 24000095
michael.mckleroy@akerman.com
*Attorney in Charge*
C. Charles Townsend, SBN: 24028053
charles.townsend@akerman.com
Matthew W. Lindsey, SBN: 24071893
matthew.lindsey@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT
THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS CWALT, INC.
ALTERNATIVE LOAN TRUST 2007-24
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-24**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2015, a true and correct copy of the foregoing was served as follows:

Roger M. Yale
Jane M. Gekhman
J. Kevin Young
Brittany A. Weaver
YALE LAW
1417 E. McKinney Street, Suite 220
Denton, Texas 76209
*Attorneys for plaintiff Gregory G. Jones*
**VIA CERTIFIED MAIL / RRR
NO. 9414 7266 9904 2017 4238 46**

    */s/ Matthew W. Lindsey*
Matthew W. Lindsey