## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREGORGY G. JONES,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| **THE BANK OF NEW YORK,** | § | |
| **MELLON FKA THE BANK OF NEW** | § | |
| **YORK, AS TRUSTEE FOR THE** | § | Civil Action No. 4:15-cv-00756-O |
| **CERTIFICATE HOLDERS CWALT,** | § | |
| **INC. ALTERNATIVE LOAN TRUST** | § | |
| **2007-MORTGAGE PASS-THROUGH** | § | |
| **CERTIFICATES, SERIES 2007-24,** | § | |
| **DEARING MORTGAGE SERVICES** | § | |
| **INC., RECONTRUST COMPANY,** | § | |
| **N.A.,** | § | |
| | § | |
| **Defendants** | § | |

### DEARING MORTGAGE SERVICE'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Dearing Mortgage Services Inc. provides the following certificate of interested persons:

| Party to Suit | Affiliation of Party to Suit | Additional Financially Interested Entities and/or Individuals |
|---|---|---|
| Gregory G. Jones | Plaintiff | None known. |
| The Bank of New York Mellon | Defendant | The Bank of New York Mellon is a wholly-owned subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is publically held, does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. |
| ReconTrust Company, N.A. | Defendant | ReconTrust Company, N.A. is a wholly-owned subsidiary of Bank of America Corporation. |
| Dearing Mortgage Services Inc. | Defendant | Dearing Mortgage Services Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. |

| | |
|---|---|
| Date: October 13, 2015 | Respectfully submitted,<br><br>    /s/ Peter B. Idziak<br>Peter B. Idziak, SBN: 24080955<br>pidziak@bmandg.com<br>BLACK, MANN & GRAHAM, L.L.P.<br>2905 Corporate Circle<br>Flower Mound, Texas 75219<br>Tel: 469-635-8217<br>Fax: 972-221-9316<br><br>**ATTORNEY FOR DEARING MORTGAGE SERVICES INC.** |

### CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2015, a true and correct copy of the foregoing was served as follows:

| | |
|---|---|
| Roger M. Yale<br>Jane M. Gekhman<br>J. Kevin Young<br>Brittany A. Weaver<br>YALE LAW<br>1417 E. McKinney Street, Suite 220<br>Denton, Texas 76209<br>*Attorneys for Plaintiff Gregory G. Jones*<br>**VIA CERTIFIED MAIL / RRR**<br>**NO. 7015 0640 0000 3685 3598** | Michael J. McKleroy, Jr.<br>C. Charles Townsend<br>Matthew W. Lindsey<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 2550<br>Dallas, Texas 75201<br>*Attorneys for Defendant The Bank of New York Mellon*<br>**VIA ECF** |

    /s/ Peter B. Idziak