IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREGORY G. JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-756-O |
| BANK OF NEW YORK, MELLON f/k/a THE BANK OF NEW YORK et al., | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant ReconTrust's Unopposed Motion for Extension of Time to File Answer (ECF No. 7), filed October 29, 2015. Defendant requests an extension of the deadline to November 30, 2015. Having reviewed the motion, the Court finds that it is well-taken and should be and is hereby **GRANTED**. Accordingly, the deadline to answer or otherwise respond to the Original Petition is hereby extended until **November 30, 2015.**

SO ORDERED on this **30th** day of **October, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE