IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREGORY G. JONES,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:15-cv-756-O | |
| § | | |
| **BANK OF NEW YORK, MELLON** § | | |
| **f/k/a THE BANK OF NEW YORK,** § | | |
| § | | |
| Defendant. § | | |

## ORDER

Before the Court is former Defendant Dearing Mortgage Services, Inc.'s Motion to Dismiss (ECF Nos. 5), filed October 13, 2015. On November 2, 2015, Plaintiff amended the Original Complaint and dropped Defendant Dearing Mortgage Services, Inc. as a defendant. *See* Am. Compl., ECF No. 9. Because Plaintiff's Original Petition is no longer the current live pleading, and Defendant Dearing Mortgage Services, Inc. is no longer a party to the case, the Court concludes that Defendant's Motion to Dismiss (ECF No. 5) should be and is hereby **DENIED as moot**.

It is **FURTHER ORDERED** that the deadline for the parties to submit their Joint Status Report pursuant to the Court's October 9, 2015 Order (ECF No. 4) remains **November 6, 2015**.

**SO ORDERED** on this **4th day** of **November, 2015**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE